IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 05-598-3 |
| SHERROD ROBINSON<br>USM# 59880-066 | : |

ORDER

AND NOW this 11th day of December, 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 132 months, effective November 1, 2015.

FILED
DEC 12 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BY THE COURT:

/s/ Michael M. Baylson

THE HONORABLE MICHAEL M. BAYLSON
Senior United States District Court Judge

cc: Fed Def
    Def
    AUSA
    PTS
    Probation
    Marshal's